## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| TRANSURETY, LLC, a Delaware Limited Liability Company,<br><br>                        Plaintiff,<br><br>v.<br><br>STEPHEN CARDOT AND SYNESI GROUP, INC., a Minnesota Corporation,<br><br>                        Defendants. | Civil No. 08-5746 (JRT/JJG)<br><br>**ORDER** |

---

David D. Axtell, James G. Bullard, and Erik M. Drange, **LEONARD STREET AND DEINARD, PA**, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for plaintiffs.

David E. Albright, **DAVID E. ALBRIGHT PA**, 7814 131st Street West, Apple Valley, MN 55124, for defendant Cardot.

Jodi L. Johnson, Shushanie E. Kindseth, and Thomas P. Kane, **HINSHAW & CULBERTSON LLP**, 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402, for defendant Synesi Group, Inc.

This matter is before the Court upon the stipulation of dismissal filed by the parties on April 5, 2010 [Docket No. 67].

**IT IS HEREBY ORDERED** that:

1. Plaintiff and Counterclaim Defendant TranSurety, LLC's Complaint against Synesi Group, Inc. is **DISMISSED WITH PREJUDICE** on the merits, with each party to bear its own attorneys' fees and costs; and

2. Final judgment is issued pursuant to this Court's Order of September 28, 2009, as it applies to the claims dismissed against Synesi Group, Inc.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 6, 2010
at Minneapolis, Minnesota                    s/ John R. Tunheim
                                        JOHN R. TUNHEIM
                                        United States District Judge